UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SARAH ELIZABETH FOLKS,  )<br>        Plaintiff,  )<br>)<br>v.  )<br>)<br>NANCY A. BERRYHILL,  )<br>*Acting Commissioner of Social Security,*  )<br>        Defendant.  ) | **JUDGMENT**<br><br>Case No. 7:17-CV-31-BO |

**Decision by Court.**

This action came before United States District Judge Terrence W. Boyle for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED that the decision of the administrative law judge is not supported by substantial evidence and that the absence of vocational expert testimony requires the case to be remanded for further hearing on plaintiff's general condition, whether she can perform light work, and whether the nonexertional limits of pain require a vocational expert to support a decision. Plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the decision of the Commissioner is REMANDED for further proceedings.

This judgment filed and entered on January 31, 2018, with *electronic service* upon:
Michael Gray Gillespie, (via CM/ECF Notice of Electronic Filing)
James B. Gillespie, Jr., (via CM/ECF Notice of Electronic Filing)
Keeya M. Jeffrey, (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo, (via CM/ECF Notice of Electronic Filing)

                                             **PETER A. MOORE, JR.,**
                                             **CLERK, U.S. DISTRICT COURT**

January 31, 2018                                    /s/ *Linda Downing*
                                                 (By): Linda Downing, Deputy Clerk